**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:26-mj-53 (CHW)** |
| **CHARLES HARRIS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER TO CONTINUE TRIAL**

Before the Court is the Defendant's Motion to Continue Trial (Doc. 10), in which Defendant requests a continuance of the pretrial hearing previously scheduled for August 17, 2026. Defendant's motion indicates that the Government does not oppose a continuance. Defendant is charged in an information with unlawfully transporting a firearm onto a military installation without authorization and was arraigned on July 20, 2026.

In the Motion, Defendant's counsel represents that Defendant requires additional time to negotiate with the Government. The Court finds that it is in the interests of justice to continue the pretrial conference to allow Defendant's counsel adequate time to prepare this case. Failure to grant a continuance would deny the Defendant reasonable time for effective preparation and could result in a miscarriage of justice.

Accordingly, Defendant's Motion to Continue Trial (Doc. 10) is **GRANTED**, and it is hereby ordered that the pretrial hearing in this case be continued to September 21, 2026, at 9:30 a.m., with trial to be scheduled as necessary thereafter. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 10th day of August, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge