**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHARLES HARRIS,**<br><br>**Defendant.** | **CASE NO. 5:26-mj-53-CHW** |

**ORDER**

Having considered The Motion to Dismiss filed by the United States in the above referenced matter and determining that dismissal of this charge without prejudice is in the interest of justice,

IT IS HEREBY ORDERED that the violation of security and regulations, by knowingly and unlawfully transporting a firearm aboard said installation in a vehicle without authorization, in violation of Title 50, United States Code, Section 797, in the above captioned matter is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND DIRECTED, this 24th day of September, 2026

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE